# United States District Court
# Central District of California

| | |
|---|---|
| UNICOLORS, INC., | Case No. 2:16-cv-06913-ODW (JEM) |
| Plaintiff, | |
| v. | **AMENDED JUDGMENT** |
| ZULILY, LLC, | |
| Defendant. | |

On September 14, 2016, Plaintiff Unicolors, Inc. ("Unicolors") filed a Complaint against Defendant Zulily, LLC ("Zulily") for copyright infringement. (ECF No. 1.) On November 15, 2016, Zulily served by mail on Unicolors an offer to enter judgment pursuant to Federal Rule of Civil Procedure 68. (ECF No. 16.) On November 22, 2016, Unicolors accepted the offer, and filed both the offer and the acceptance with the Court. (ECF Nos. 16, 17.) On November 23, 2016, the Court entered judgment on the terms of the offer pursuant to Federal Rule of Civil Procedure 68(a). (ECF No. 18.) On December 19, 2016, the parties filed a stipulation to amend the judgment to set the amount of costs determined by mutual agreement pursuant to the offer. (ECF No. 20.)

/ / /

/ / /

Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Unicolors shall recover from Zulily the amount of Two Hundred Dollars ($200.00);

2. Unicolors shall recover costs from Zulily in the amount of One Thousand Five Hundred Dollars ($1,500.00);

3. The offer of compromise was for purposes of settlement only. This judgment shall not constitute an admission of any wrongdoing by Zulily. This offer shall not have preclusive effect with respect to the truth or falsity of any party's allegations.

**IT IS SO ORDERED.**

December 20, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**